UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
AT CLERK'S OFFICE
2005 MAR 16 A 11: 15
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | CIVIL ACTION |
| Plaintiff, | ) | NO. 05-MC-10112WGY |
| | ) | |
| v. | ) | |
| | ) | |
| THE VESSEL, TIFFISH, | ) | |
| JOHN H. TESELL and DEBRA | ) | |
| TESELL, | ) | |
| Defendants. | ) | |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

NOW COMES the Plaintiff, Bank of America, N.A., and moves this Honorable Court for the appointment of the Barnstable County Deputy Sheriff as process server in the above-entitled action, in accordance with the provisions of Rule 4(c) of the Fed. R. Civ. P. The undersigned swears that to the best of his knowledge and belief the person to be appointed who is a person who is experienced in the service of process, is eighteen years of age or over, and is not a party to this action.

BANK OF AMERICA, N.A.

*March 16, 2005*
YOUNG D.J.
MOTION ALLOWED

*William G. Young*
U.S. District Judge

By its attorney,

_____
Anthony M. Moccia, BBO# 350225
ECKERT SEAMANS CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
(617) 342-6800
Facsimile: 617-342-6899

{K0225853.1}